# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IN RE:                                                    Case No.: 3:25-bk-04477-JAB

Rita Rene McCall                                          Chapter 7

aka Rita R. McCall

aka Rita McCall

_____Debtor(s)._____/

## MOTION FOR RELIEF FROM AUTOMATIC STAY

---

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at United States Bankruptcy Court, Jacksonville Division, 300 North Hogan Street, Suite 3-150, Jacksonville, Florida 32202 and serve a copy on the movant's attorney, Seth Greenhill, Esq., Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 within twenty-one (21) from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

---

      **COMES NOW** Frier Finance, Inc., hereinafter referred to as "Movant", seeking modification of the automatic stay in this case in order to exercise any and all rights Movant may have in the collateral described below, or in the alternative, adequate protection, and for cause would show the Court as follows:

      1.      On December 3, 2025, Rita Rene McCall aka Rita R. McCall aka Rita McCall

(hereinafter referred to as "Debtor"), filed for relief under Chapter 7 of the Bankruptcy Code.

2.      Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. §1334, 11 U.S.C. §362 and all other applicable rules and statues affecting jurisdiction of the Bankruptcy Courts generally.

3.      Debtor, Rita R McCall executed a Promissory Note and Security Agreement (hereinafter referred to as "Agreement") in the principal amount of $55,594.58, together with interest thereon as set forth therein.

4.      Funds were advanced in connection with the aforementioned agreement as purchase money for the following real property (the "Subject Property"):

**THAT CERTAIN REAL PROPERTY LOCATED AT 3390 S ACADEMY TERRACE, HOMOSASSA, FLORIDA 34448:**

Lot 10, Block 330, Villa Terrace Unit No 10 of Homosassa, according to the plat thereof, recorded in Plat Book 1, Page 51, of the Public Records of Citrus County, Florida.

Together with 2005 Fleetwood Model 0603C VIN No. GAFL575A76769AV21 and VIN No. GAFL575B76769AV21.

5.      The Mortgage provides Movant a lien on the Subject Property located in Citrus County, Florida.

6.      The terms of the aforementioned Agreement entitle Movant to possession of the collateral upon Default. The Movant has declared the Debtor in Default.

7.      On August 22, 2022, a foreclosure action was filed in the case FRIER FINANCE, INC V. PAUL DANIEL CROWELL AND RITA R MCCALL, ET AL, Case Number 2022 CA 000581 A (Fifth Judicial Circuit Court Citrus County), a copy is attached hereto as Exhibit "A".

8.      On September 6, 2024, the Circuit Court entered a Final Summary Judgment. The

total amount due on the Final Judgment of Foreclosure was $66,687.05. A copy of the Final Judgment of Foreclosure is attached as exhibit "B".

9.     Debtor has defaulted under the terms of the Agreement for failing to make the payments as required under the Agreement.

10.     According to Schedule D, the property value is estimated at $180,900.00.

11.     Movant now holds equitable title to the collateral as a result of the terms of the Agreement.

12.     Based upon the Debtor's schedules, the property is claimed as non-exempt. The Trustee has not abandoned the property.

13.     Movant's security interest in the subject property is being significantly jeopardized by Debtor's failure to comply with the terms of the subject loan documents while Movant is prohibited from pursuing lawful remedies to protect such interest. Movant has no protection against the erosion of its collateral position and no other form of adequate protection is provided.

14.     If Movant is not permitted to enforce its security interest in the collateral or be provided with adequate protection, it will suffer irreparable injury, loss, and damage.

15.     Movant requests that all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to potential Forbearance Agreement, Load Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

16.     Movant further requests this Court grant it relief from the Automatic Stay in the case pursuant to §362(d)(1) of the Bankruptcy Code, for cause, namely the lack of

adequate protection to Movant for its interest in the above stated collateral. The value of the collateral is insufficient in and of itself to be provided to the Movant. Movant additionally seeks relief from the Automatic Stay pursuant to §362(d)(2) of the Bankruptcy Code, as the collateral is unnecessary to an effective reorganization of the Debtor's assets.

17.     Movant has incurred court costs in the amount of $199.00 and attorney's fees in the amount of $1,225.00 in this proceeding and will incur additional fees, costs and expenses in foreclosing the Mortgage and in preserving and protecting the property, all of which additional sums are secured by the lien of the Mortgage. Movant seeks an award of its reasonable attorneys' fees and costs, or alternatively, leave to seek recovery of its reasonable attorneys' fees and costs in any pending or subsequent foreclosure proceeding.

18.     Movant requests that should the Debtor convert this case to another chapter that relief awarded will survive any conversion made by the Debtor and will not be allowed to include the creditor in the Chapter 13 plan.

19.     A Proposed Order accompanies this Motion. See Exhibit "C" attached hereto.

WHEREFORE,   Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. §362(d) to permit Movant to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, to waive the 14-day stay imposed to Fed.R.Bankr.P. 4001(a)(4), to seek recovery of its reasonable attorneys' fees and costs incurred in this proceeding, and to any such further relief as this Honorable Court deems just and proper.


**DATED** this the 16th day of December 2025.

Respectfully submitted,

/S/ Seth J. Greenhill
SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 16th day of December 2025:

/S/ Seth J. Greenhill
SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

# SERVICE LIST (CASE NO. 3:25-bk-04477-JAB)

*Debtor*
Rita Rene McCall
3390 S. Academy Ter
Homosassa, FL 34448

*Attorney for Debtor*
Young V Kim
Consumer Law Attorneys
2727 Ulmerton Road #270
Clearwater, FL 33762

*Trustee*
Gregory L. Atwater
P.O. Box 1865
Orange Park, FL 32067

*U.S. Trustee*
United States Trustee - JAX 13/7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Exhibit A



# Secured Courts Online Record Search System

Welcome Guest

<u>Login</u> to search with subscriber access or <u>register</u> for a new account.

Case Search    Help    Login

<u>New Search</u>    <u>Refine Search</u>

This case is labeled as a **Circuit Civil** case type from the AOSC Matrix
You are viewing this case with the AOSC role of: **Public Internet (Anonymous)** - <u>What does this mean?</u>

## Case Information

| | | | |
|---|---|---|---|
| Case Number | **2022 CA 000581 A** | File Date | 08/22/2022 |
| Case Type | CIRCUIT CIVIL | Case Status | CLOSED |
| Case Action | HOMESTEAD FC <50,000 | Judge | HEALIS, KRISTIE M |
| Judgment Date | 09/05/2024 | Judgment Amount | $66,687.05 |
| Sale Date | 12/04/2025 | Title Issue Date | |
| Sale Amount | 0.00 | | |

## Party Information

| | Party Type | Party Name | Gender | Race | DOB |
|---|---|---|---|---|---|
| 1 | **Plaintiff** | FRIER FINANCE, INC | | | |
| | | Mailing Address: LIVE OAK FL 32060 | | | |
| | | Attorney: CAREY, MOLLY E ESQ | | | |
| 2 | Defendant | CROWELL, PAUL DANIEL | | | |
| | | Also known as: CROWELL, PAUL D | | | |
| | | Mailing Address: HOMOSASSA FL 34448 | | | |
| | | Attorney: BINNS, AARON WILLIAM ESQ | | | |
| 3 | Defendant | MCCALL, RITA R | | | |
| | | Mailing Address: HOMOSASSA FL 34448 | | | |
| | | Attorney: BINNS, AARON WILLIAM ESQ | | | |
| 4 | Defendant | THE UNKNOWN SPOUSE OF PAUL DANIEL CROWELL | | | |
| | | Also known as: CROWELL, PAUL D | | | |
| | | Mailing Address: HOMOSASSA FL 34448 | | | |
| 5 | Defendant | THE UNKNOWN SPOUSE OF RITA R. MCCALL | | | |
| | | Mailing Address: HOMOSASSA FL 34448 | | | |
| 6 | Defendant | FLORIDA CREDIT UNION | | | |
| | | Mailing Address: GAINSVILLE FL 32606 | | | |
| 7 | Defendant | THE UNKNOWN TENANT IN POSSESSION | | | |
| | | Mailing Address: HOMOSASSA FL 34448 | | | |

## Dockets

🔍 / 🔍 View Image    🔒 Viewable On Request    🌐 VOR Requested    **RED - Document in Redaction**    ❌ **Confidential**

| DIN | Date | Description | View Image | Pages |
|---|---|---|---|---|
| 1 | 08/22/2022 | CASE FILED 08/22/2022 CASE NUMBER 2022 CA 000581 A | | |
| 4 | 08/22/2022 | COVER SHEET | 🔍 | 3 |
| 5 | 08/22/2022 | COVER SHEET | 🔍 | 2 |
| 6 | 08/22/2022 | CERTIFICATION OF POSSESSION OF ORIGINAL NOTE | 🔍 | 6 |
| 8 | 08/22/2022 | NOTICE OF LIS PENDENS E - Recorded (OR.3314.297. / 2022059568) | 🔍 | 2 |
| 9 | 08/22/2022 | VALUE OF REAL PROPERTY ON MORTGAGE FORECLOSURE CLAIM | 🔍 | |
| 10 | 08/22/2022 | SUMMONS ISSUED - CIVIL | 🔍 | |

| 7 | 08/22/2022 | VERIFIED COMPLAINT TO FORECLOSE MORTGAGE | 🔍 | 21 |
|---|---|---|---|---|
| 11 | 08/22/2022 | SUMMONS ISSUED - CIVIL | 🔍 | 3 |
| 12 | 08/22/2022 | SUMMONS ISSUED - CIVIL | 🔍 | 3 |
| 13 | 08/22/2022 | SUMMONS ISSUED - CIVIL | 🔍 | 3 |
| 14 | 08/22/2022 | SUMMONS ISSUED - CIVIL | 🔍 | 3 |
| 15 | 08/22/2022 | SUMMONS ISSUED - CIVIL | 🔍 | 3 |
| 2 | 08/23/2022 | JUDGE FALVEY, CAROL A: ASSIGNED | | |
| 3 | 08/23/2022 | PLAINTIFF'S ATTORNEY: CAREY, MOLLY E ESQ ASSIGNED | | |
| 16 | 08/23/2022 | PAYMENT $472.50 RECEIPT #2022033512 | 🔍 | 1 |
| 17 | 08/23/2022 | VALUE OF REAL PROPERTY ON MORTGAGE FORECLOSURE CLAIM | 🔍 | 1 |
| 18 | 09/08/2022 | MOTION TO APPOINT PROCESS SERVER | 🔍 | 1 |
| 19 | 09/22/2022 | NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES | 🔍 | 2 |
| 20 | 09/22/2022 | DEFENDANTS MOTION FOR EXTENSION OF TIME | 🔍 | 2 |
| 21 | 09/26/2022 | ORDER GRANTING MOTION TO APPOINT PROCESS SERVER | 🔍 | 2 |
| 22 | 09/30/2022 | RETURN OF SERVICE-UNSERVED | 🔍 | 4 |
| 23 | 09/30/2022 | RETURN OF SERVICE-UNSERVED | 🔍 | 4 |
| 24 | 09/30/2022 | RETURN OF SERVICE-UNSERVED | 🔍 | 4 |
| 25 | 09/30/2022 | RETURN OF SERVICE-SERVED | 🔍 | 4 |
| 26 | 10/02/2022 | RETURN OF SERVICE-SERVED | 🔍 | 4 |
| 27 | 10/02/2022 | RETURN OF SERVICE-SERVED | 🔍 | 4 |
| 28 | 10/06/2022 | PLAINTIFFS NOTICE OF DROPPING DEFENDANTS E - Recorded (OR.3326.2152. / 2022070127) | 🔍 | 3 |
| 29 | 10/11/2022 | NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES | 🔍 | 2 |
| 30 | 10/11/2022 | DEFENDANTS MOTION FOR EXTENSION OF TIME | 🔍 | 2 |
| 31 | 10/12/2022 | MOTION FOR DEFAULT - DEFAULT NOT ATTACHED | 🔍 | 3 |
| 32 | 10/12/2022 | MOTION FOR DEFAULT/DEFAULT - ENTERED | 🔍 | 2 |
| 33 | 10/12/2022 | AFFIDAVIT OF MILITARY STATUS | 🔍 | 5 |
| 35 | 10/28/2022 | AGREED ORDER GRANTING THE MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FILED BY DEFENDANT(S), PAUL DANIEL CROWELL AND RITA R MCCALL | 🔍 | 2 |
| 36 | 11/28/2022 | ANSWER AND AFFIRMATIVE DEFENSES | 🔍 | 6 |
| 37 | 01/03/2023 | PLAINTIFFS AVOIDANCE OF THE AFFIRMATIVE DEFENSES FILED BY DEFENDANT PAUL DANIEL CROWELL AND RITA R MCCALL | 🔍 | 10 |
| 38 | 01/05/2023 | NOTICE OF SERVICE OF PLAINTIFFS FIRST REQUEST FOR ADMISSIONS FIRST REQUEST FOR PRODUCTION AND FIRST SET OF INTEROGATORIES | 🔍 | 3 |
| 39 | 01/05/2023 | NOTICE OF SERVICE OF PLAINTIFFS FIRST REQUEST FOR ADMISSIONS FIRST REQUEST FOR PRODUCTION AND FIRST SET OF INTERROGATORIES | 🔍 | 3 |
| 40 | 01/05/2023 | PLAINTIFFS FIRST REQUEST FOR ADMISSIONS TO DEFENDANT RITA R MCCALL | 🔍 | 3 |
| 41 | 01/05/2023 | PLAINTIFFS FIRST REQUEST FOR ADMISSIONS TO DEFENDANT PAUL DANIEL CROWELL | 🔍 | 3 |
| 42 | 01/05/2023 | PLAINTIFFS FIRST REQUEST TO PRODUCE TODEFENDANT RITA R CMMALL | 🔍 | 5 |
| 43 | 01/05/2023 | PLAINTIFFS FIRST REQUEST FOR PRODUCTION TO DEFENDANT PAUL DANIEL CROWELL | 🔍 | 5 |
| 44 | 01/23/2023 | MOTION TO STRIKE REPLY AND MEMORANDUM OF LAW | 🔍 | 6 |
| 45 | 03/10/2023 | MOTION FOR SUMMARY JUDGMENT OF FORECLOSURE | 🔍 | 6 |
| 46 | 03/10/2023 | PLAINTIFFS AFFIDAVOF OF INDEBTEDNESS - NOTICE OF FILING | 🔍 | |

| 47 | 03/10/2023 | AFFIDAVIT OF COSTS AFFIDAVIT OF ATTORNEYS FEES AND SUPPORTING AFFIDAVIT OF ATTORNEYS FEES - NOTICIE OF FILING | 🔍 | 11 |
|----|------------|--------------------------------------------------------------------------------------------------------------|----|----|
| 48 | 04/12/2023 | NOTICE OF HEARING | 🔍 | 3 |
| 49 | 06/07/2023 | NOTICE OF CANCELLATION OF HEARING 8/24 | 🔍 | 3 |
| 50 | 06/09/2023 | NOTICE OF CANCELLATION OF HEARING | 🔍 | 2 |
| 51 | 06/27/2023 | NOTICE OF HEARING | 🔍 | 3 |
| 52 | 08/18/2023 | MOTION FOR LEAVE TO AMEND COMPLAINT/ EXHIBITS | 🔍 | 28 |
| 53 | 09/28/2023 | MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY JUDGMENT OF FORECLOSURE | 🔍 | 6 |
| 54 | 10/06/2023 | AMENDED NOTICE OF HEARING | 🔍 | 3 |
| 57 | 11/09/2023 | ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT | 🔍 | 2 |
| 59 | 12/11/2023 | PLAINTIFFS NOTICE THAT CASE IS AT ISSUE AND READY FOR TRIAL (SENT TO JUDGE FALVEY) | 🔍 | 2 |
| 60 | 01/02/2024 | JUDGE HEALIS, KRISTIE M: ASSIGNED | | |
| 61 | 01/31/2024 | MOTION FOR SUMMARY JUDGMENT OF FORECLOSURE | 🔍 | 52 |
| 62 | 02/27/2024 | NOTICE OF FILING PLAINTIFFS AFFIDAVIT OF COST AFFIDAVIT OF ATTORNEYS FEES AND SUPPORTING AFFIDAVIT OF ATTORNEYS FEES | 🔍 | 2 |
| 63 | 02/27/2024 | AFFIDAVIT OF COSTS | 🔍 | 2 |
| 64 | 02/27/2024 | AFFIDAVIT OF ATTORNEY FEES | 🔍 | 4 |
| 65 | 02/27/2024 | SUPPORTING AFFIDAVIT OF ATTORNEY FEES | 🔍 | 2 |
| 66 | 04/03/2024 | NOTICE OF HEARING | 🔍 | 4 |
| 67 | 04/26/2024 | MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY JUDGMENT OF FORECLOSURE | 🔍 | 8 |
| 68 | 05/14/2024 | ORDER CANCELING HEARING SCHEDULED FOR THURSDAY MAY 16 2024 | 🔍 | 2 |
| 70 | 05/14/2024 | NOTICE OF FILING | 🔍 | 5 |
| 69 | 05/15/2024 | PLAINTIFF'S NOTICE OF FILING LOST NOTE AFFIDAVIT | 🔍 | 4 |
| 71 | 06/03/2024 | NOTICE OF CHANGE OF LEAD COUNSEL AND AMENDED DESIGNATION OF EMAIL ADDRESSES | 🔍 | 2 |
| 72 | 07/17/2024 | ORDER TO FILE ATTORNEY CERTIFICATION | 🔍 | 2 |
| 73 | 07/17/2024 | NOTICE OF HEARING ON PLAINTIFFS MOTION FOR SUMMARY JUDGMENT | 🔍 | 2 |
| 74 | 07/17/2024 | FORECLOSURE CHECK LIST | 🔍 | 1 |
| 75 | 08/21/2024 | FORECLOSURE CHECK LIST | 🔍 | 1 |
| 76 | 09/06/2024 | FINAL SUMMARY JUDGMENT OF FORECLOSURE E - RECORDED (OR.3500.1525. / 2024054553) | 🔍 | 7 |
| 78 | 09/06/2024 | CASE CLOSED | | |
| 77 | 09/09/2024 | LETTER OF COLLECTION | 🔍 | 2 |
| 79 | 09/25/2024 | PAYMENT $505.00 RECEIPT #2024039686 | 🔍 | 1 |
| 80 | 10/04/2024 | FORECLOSURE SALE LISTING SET FOR 12/05/2024 AT 10:00 AM IN RA/ , JDG: FORECLOSURE, SALE | | |
| 81 | 10/24/2024 | NOTICE OF FORECLOSURE SALE | 🔍 | 3 |
| 82 | 10/24/2024 | PAYMENT $70.00 RECEIPT #2024043123 | 🔍 | 1 |
| 83 | 11/07/2024 | PROOF OF PUBLICATION | 🔍 | 1 |
| 84 | 11/13/2024 | PROOF OF PUBLICATION | 🔍 | 1 |
| 85 | 11/13/2024 | CITRUS COUNTY CHRONICLE INVOICE | 🔍 | 3 |
| 86 | 12/03/2024 | SUGGESTION OF BANKRUPTCY | 🔍 | ✓ |
| 87 | 10/20/2025 | MOTION TO RESCHEDULE FORECLOSURE SALE | 🔍 | |

| 88 | 10/20/2025 | CASE REOPENED FOR REOPEN | | |
| 89 | 10/24/2025 | PAYMENT $50.00 RECEIPT #2025045451 | 🔍 | 1 |
| 90 | 10/29/2025 | ORDER GRANTING MOTION TO RESCHEDULE FORECLOSURE SALE E - RECORDED (OR.3615.1563. / 2025066277) | 🔍 | 3 |
| 92 | 10/29/2025 | REOPENED CASE CLOSED | | |
| 91 | 10/30/2025 | FORECLOSURE SALE LISTING SET FOR 12/04/2025 AT 10:00 AM IN RA/ , JDG: FORECLOSURE, SALE | | |
| 93 | 10/31/2025 | PLAINTIFFS NOTICE OF SERVICE OF ORDER GRANTING MOTION TO RESCHEDULE FORECLOSURE SALE | 🔍 | 5 |
| 94 | 11/04/2025 | RE-NOTICE OF FORECLOSURE SALE | 🔍 | 4 |
| 95 | 11/05/2025 | PAYMENT $70.00 RECEIPT #2025047134 | 🔍 | 1 |
| 96 | 11/19/2025 | PROOF OF PUBLICATION | 🔍 | 1 |
| 97 | 12/03/2025 | SUGGESTION OF BANKRUPTCY | 🔍 | 4 |

## Financial Information

### Disclaimer

Monetary amounts indicated as "dismissed" reflect not only fines, costs and fees that may have been dismissed, but may also include amounts that have been modified due to legislative changes, fees that cannot be accepted prior to a court hearing, and other reasons. The dismissal of amounts due on a case do not reflect the disposition of the case. Contact the Clerk's office for specific information regarding dismissed amounts.

| | Fee Description | Amount Owed | Amount Paid | Amount Waived | Amount Due |
|---|---|---|---|---|---|
| 1 | MTG FC ADD'L FEE >50000 <249000 | $505.00 | $505.00 | $0.00 | $0.00 |
| 2 | CA MTG FC FILING FEE <50000 | $400.00 | $400.00 | $0.00 | $0.00 |
| 3 | ONLINE AUCTION SERVICE FEE | $140.00 | $140.00 | $0.00 | $0.00 |
| 4 | ISSUE SUMMONS CA | $60.00 | $60.00 | $0.00 | $0.00 |
| 5 | RE-OPEN FEE-CA | $50.00 | $50.00 | $0.00 | $0.00 |
| 6 | NOTICE LIS PENDENS | $5.00 | $5.00 | $0.00 | $0.00 |
| 7 | NOTICE LIS PENDENS | $4.00 | $4.00 | $0.00 | $0.00 |
| 8 | NOTICE LIS PENDENS INDEXING FEE | $1.00 | $1.00 | $0.00 | $0.00 |
| 9 | Additional Defendants Circuit | $2.50 | $2.50 | $0.00 | $0.00 |
| | Total | $1,167.50 | $1,167.50 | $0.00 | $0.00 |

[ Pay Balance Online ]

## Receipts

| | Receipt Date | Receipt # | Received From | Payment Amount |
|---|---|---|---|---|
| 1 | 08/23/2022 | 2022033512 | MOLLY CAREY | $472.50 |
| 2 | 09/25/2024 | 2024039686 | RUFF, MICHAEL T ESQ | $505.00 |
| 3 | 10/24/2024 | 2024043123 | BETZY FALGAS | $70.00 |
| 4 | 10/24/2025 | 2025045451 | BETZY FALGAS | $50.00 |
| 5 | 11/05/2025 | 2025047134 | BETZY FALGAS | $70.00 |

## Events

### Disclaimer

Some scheduled events may not be listed, please see the docket for more information.

| | Date | Time | Event Type | Judge | Result |
|---|---|---|---|---|---|
| 1 | 12/05/2024 | 10:00AM | FORECLOSURE SALE LISTING | FORECLOSURE, SALE | CANCELLED |
| | **Location:** REALAUCTION | | | | |
| 2 | 12/04/2025 | 10:00AM | FORECLOSURE SALE LISTING | FORECLOSURE, SALE | CANCELLED |
| | **Location:** REALAUCTION | | | | |

Filing # 206316297 E-Filed 09/06/2024 09:40:51 AM

## IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT IN AND FOR CITRUS COUNTY, FLORIDA CIRCUIT CIVIL DIVISION

**FRIER FINANCE, INC.**

        **Plaintiff(s),**

**vs.**

        **CASE NO.: 2022CA000581**

**PAUL DANIEL CROWELL A/K/A PAUL D. CROWELL;**
**RITA R MCCALL;FLORIDA CREDIT UNION;**

        **Defendant(s).**

_____/

### FINAL SUMMARY JUDGMENT OF FORECLOSURE

    **THIS ACTION** came before the Court for hearing on <u>**September 5, 2024**</u>, upon Plaintiff's Motion for Summary Judgment of Foreclosure. The Court having reviewed the instant Motion, supporting affidavits, the court file, having heard argument of counsel and being otherwise fully advised in the premises,

    **IT IS ADJUDGED** that:

1. The Court has jurisdiction of the subject matter of the parties of this cause.

2. There are no genuine issues of material fact; therefore, Plaintiff's Motion for Summary Judgment of Foreclosure is **GRANTED**.

3. Plaintiff, **Frier Finance, Inc.,** whose address is 12788 US Hwy 90 West, Live Oak, FL 32060 is due:

| | |
|---|---|
| Principal: | $42,947.42 |
| Interest to date of this judgment: | $11,205.04 |
| Late Charges: | $563.43 |
| Late/Svc: | $4,338.71 |
| Escrow Advance: | $2,225.65 |

**Attorneys' Fees:**

| | | |
|---|---|---|
| Finding as to reasonable number of hours | 10.41 | |
| Finding as to reasonable hourly rate of | $215 & $250 | |
| Flat Fee: | $1,750.00 | |
| Attorneys' Fees Total: | | $4,194.65 |

**Court Costs, Now Taxed:**

| | | |
|---|---|---|
| Title Search: | $235.00 | |
| Background Search: | $12.04 | |
| Filing Fee – FC: | $491.11 | |
| Service-ProVest: | $474.00 | |
| Court Costs Total: | | $1,212.15 |
| **GRAND TOTAL** | | **$66,687.05** |

that shall bear interest at the legal rate, which was 9.46% per annum as of July 1, 2024.

4. Plaintiff holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Citrus County, Florida:

LOT 10, BLOCK 330, VILLA TERRACE UNIT #10 OF HOMOSASSA, AS RECORDED IN PLAT BOOK 1, PAGE 51, PUBLIC RECORDS OF CITRUS

COUNTY, FLORIDA. TOGETHER WITH THAT CERTAIN 2005 FLEETWOOD, MODEL 0603C, MOBILE HOME WITH VEHICLE IDENTIFICATION NO.S: GAFL575A76769AV21 AND GAFL575B76769AV21..

Property address: 3390 South Academy Terrace, Homosassa, FL 34448

5. If the grand total amount with interest at the rate described in Paragraph 3 and all costs accrued subsequent to this judgment are not paid, the        Clerk of this Court shall sell the subject property at public sale on **December 5, 2024**, to the highest bidder for cash, except as prescribed in paragraph 6, in accordance with Section 45.031, Florida Statutes, using the following method: at **www.citrus.realforeclose.com, beginning at 10:00 AM**, on the prescribed date.

6. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if Plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps payable on the certificate of title.  If Plaintiff is the purchaser, the Clerk shall credit Plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

7. On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the Plaintiff's costs; second, documentary stamps affixed to the Certificate; third, Plaintiff's attorneys' fees; fourth, the total sum due to the Plaintiff, less the items paid, plus interest at the rate prescribed in Paragraph 3 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.  If proceeds are to be distributed to Plaintiff or Plaintiff's Counsel, the Clerk is authorized to issue a single check made payable to counsel for Plaintiff.

8. On filing of the Certificate of Sale, Defendant(s) and all persons claiming under or against Defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or Chapter 720, Florida Statutes, if any. Upon the filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property. Notwithstanding the foregoing, the rights of any condominium or homeowners' association to collect unpaid assessments from any subsequent title holder, including the first mortgage holder, shall be preserved and shall be governed as provided in Section 718.116 and 720.3085, Florida Statutes, subject to limitations as set-forth in *Coral Lakes Community Association, Inc. v. Busey Bank, N.A.*, 30 So. 3d 579 (Fla. 2d DCA 2010).

9. The court finds, based upon the affidavits/testimony presented and upon inquiry of counsel for the Plaintiff, that 10.41 hours were reasonably expended by Plaintiff's counsel and that an hourly rate of $250.00, and $215.00, is appropriate. Plaintiff's counsel represents that the attorneys' fees awarded does not exceed its contract fee with the Plaintiff. The court finds that there is/are no reduction or enhancement factors for consideration by the court pursuant to *Florida Patients Compensation Fund v. Rowe*, 472 So. 2D 1145 (Fla. 1985). (If the court has found that there are reduction or enhancement factors to be applied, then such factors must be identified and explained therein).

If the fees to be awarded are a flat fee, the requested attorneys' fees are a flat rate fee that the firm's client has agreed to pay in this matter. Given the amount of the fee requested and the labor expended, the court finds that a lodestar analysis is not necessary and that the flat fee is reasonable.

10. **If the Plaintiff is the purchaser at the sale the Plaintiff may assign its bid to a third-party assignee by recording and filing an Assignment of Bid and the Clerk of Court**

**is hereby directed to issue a Certificate of Title to the assignee named therein**.

11. The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession, deficiency judgments, re-foreclosure, or a supplemental complaint to add an omitted party post-judgment.

12. The Mortgage Note is hereby re-established pursuant to §673.3091, Florida Statutes, and Plaintiff has established its right to enforce the instrument as required by law. The Plaintiff herein agrees to indemnify and hold harmless Defendant (Borrower) from any loss arising out of the representations made in the Affidavit of Lost Instrument/Note. Adequate protection has been provided as required by law by the following means: surety bond. Judgment is hereby entered in favor of the Plaintiff as to request to enforce the lost instrument/note.

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.**

> **IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, IF ANY, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN THE DATE THAT THE CLERK REPORTS THE FUNDS AS UNCLAIMED. IF YOU FAIL TO FILE A TIMELY CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

> (If the property being foreclosed on has qualified for the homestead tax exemption in the most recent approved tax roll, the final judgment shall additionally contain the following statement in conspicuous type.)

> **IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT FOR CITRUS COUNTY, TELEPHONE: (352) 341-6424, 110 NORTH APOPKA AVENUE, INVERNESS, FL 34450, WITHIN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE**

**THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.**

**IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT COMMUNITY LEGAL SERVICES OF MID-FLORIDA, INC., 106 N. OSCEOLA AVENUE, INVERNESS, FL 34450, 352-726-6592, TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT COMMUNITY LEGAL SERVICES OF MID-FLORIDA, INC., YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.**

**DONE and ORDERED** this Thursday, September 5, 2024 in Inverness, Citrus County, Florida.

09-2022-CA-000581-A 09/05/2024 04:14:24 PM

Kristie Healis, Circuit Judge
09-2022-CA-000581-A 09/05/2024 04:14:24 PM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished by e-service on Friday, September 6, 2024 to:

| | |
|---|---|
| MOLLY E CAREY | AARON WILLIAM BINNS |
| attorney@padgettlawgroup.com | abinns@consumerlawattorneys.com |
| | service@consumerlawattorneys.com |
| | fc-service2@consumerlawattorneys.com |
| | |
| Rita McCall | Erica L Peterson |
| ritabug60@icloud.com | epeterson@consumerlawattorneys.com |
| | ericalynnpete@gmail.com |
| | service@consumerlawattorneys.com |

Garrett Friedman
GFriedman@recoverylawgroup.com
HOA.service@consumerlawattorneys.com
service@consumerlawattorneys.com

Gina Marie Vargas
attorney@padgettlawgroup.com
Gina.Vargas@padgettlawgroup.com

Heather Lynn Griffiths
heather.griffiths@padgettlawgroup.com
attorney@padgettlawgroup.com

Michael Ruff
attorney@padgettlawgroup.com

Scott A Griffith
attorney@padgettlawgroup.com
Scott.Griffith@padgettlawgroup.com

09-2022-CA-000581-A 09/06/2024 09:40:17 AM

*Jay Raghunandan*

Jay Raghunandan, Judicial Assistant
09-2022-CA-000581-A 09/06/2024 09:40:17 AM

**The party who submitted this proposed order to the Court for approval is required to serve a copy of the signed order via U.S. mail upon any person(s) not registered to receive service via the e-portal and certify said service through a filed notice of service within five (5) days of the entry of order.**

Exhibit C

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                              Case No.: 3:25-bk-04477-JAB

Rita Rene McCall                                    Chapter 7

aka Rita R. McCall                                  Judge: Jacob A. Brown

aka Rita McCall

_____Debtor(s)._____/

**ORDER GRANTING MOTION FOR**
**RELIEF FROM AUTOMATIC STAY [D.E.]**

        This case came before the Court upon the Motion for Relief from Automatic Stay [D.E.]

filed by Creditor, Selene Finance LP as Servicer for Frier Finance, Inc., hereinafter referred to as

"Movant". The Court, having considered said Motion. Accordingly, it is

        ORDERED:

        1.        The Motion for Relief from the Automatic Stay is GRANTED.

        2.        The automatic stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may

proceed with foreclosure of its security interest upon the following property:

**ALL THAT CERTAIN PROPERTY LOCATED AT 3390 S ACADEMY TERRACE, HOMOSASSA, FLORIDA 34448 AND MORE ACCURATELY DESCRIBED BY ITS LEGAL DESCRIPTION WHICH IS:**

Lot 10, Block 330, Villa Terrace Unit No 10 of Homosassa, according to the plat thereof, recorded in Plat Book 1, Page 51, of the Public Records of Citrus County, Florida.

Together with 2005 Fleetwood Model 0603C VIN No. GAFL575A76769AV21 and VIN No. GAFL575B76769AV21.

3.    Attorney fees in the amount of $450.00 and Attorney Costs in the amount of $199.00 are recoverable.

4.    This order is entered for the sole purpose of allowing Movant to obtain an ***in rem judgment*** against the property and Movant shall not seek an ***in personam judgment*** against the Debtor.

**###**

**Attorney Seth J. Greenhill is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**